**Order entered November 20, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00525-CR

**MARK JOHN THEDE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-82447-2012**

## ORDER

The Court **REINSTATES** the appeal.

On October 24, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On November 18, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the October 24, 2014 to the extent it requires findings.

The October 24, 2014 order also required the trial court to prepare and file a certification of appellant's right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013). We have not yet received the certification

Accordingly, we **ORDER** the trial court to file, within **FIFTEEN DAYS** of the date of this order, a completed certification of appellant's right to appeal that accurately reflects the trial court proceedings.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable John Roach, Jr., Presiding Judge, 296th Judicial District Court; the Collin County District Clerk; and to counsel all  parties.

/s/    ADA BROWN
        JUSTICE